**EXHIBIT B**



Hello,

I received a copy of your fax and am interested in offering you a better page rate for your fax broadcasting.

Please contact me at 800-485-2684 x216 or droberts@clearchoicesales.com so I can send you a rate quote based on your average monthly volume.

Rates as low as 1 penny page.

Thanks,

Dave Roberts - Senior Account Executive
Clear Choice Sales
800-485-2684 x 216
800-215-5687 fax
www.clearchoicesales.com