# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Magic, Inc.

Plaintiff,

v.

Case No.: 1:14–cv–04344
Honorable James B. Zagel

127 High Street, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 22, 2016:

MINUTE entry before the Honorable James B. Zagel: Status hearing held. Counsel reported that the matter has settled and the parties are awaiting two signatures. This matter is dismissed in its entirety without prejudice to convert to a dismissal with prejudice on 10/20/16 without further order of court. Civil case terminated. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.